# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 15, 2013

No. 13-30325
Summary Calendar

Lyle W. Cayce
Clerk

LLOYD J. DANIEL,

Plaintiff - Appellant

v.

ALLSTATE INSURANCE COMPANY,

Defendant - Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:12-CV-2933

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons given by the court on March 6, 2013. Plaintiff on September 10, 2012 was given the 90 day notice of termination on December 31, 2013. The prior notice was rescinded and had no other effect.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.